

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2019

No. 04-19-00112-CV

**THE KATZ PARTNERSHIP,**
Appellant

v.

**HP CAPITAL PARTNERS, L.L.C.,**
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-15149
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

Appellant's brief was originally due May 3, 2019, but the court granted extensions of time to June 24, 2019, to file the brief. On June 11, appellant filed an unopposed motion requesting the appeal be abated for sixty days so the parties may negotiate a possible settlement of their dispute.

We decline to abate the appeal. However, in order to facilitate the settlement and disposition of this appeal, we grant an extension of time to file the appellant's brief. We **order** appellant file by **August 1, 2019** (90 days after the original due date), either a motion that disposes of this appeal in accordance with Texas Rule of Appellate Procedure 42.1 or appellant's brief. The court will not look favorably on any further requests for extensions of time.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2019.



KEITH E. HOTTLE,
Clerk of Court